UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL WAYNE MERRITT,

    Petitioner,

v.                                                           4:20cv523–WS/MJF

FLORIDA PAROLE COMMISSION, et al.,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

    Before the court is the magistrate judge's report and recommendation (ECF No. 3) dated November 5, 2020. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as successive. The petitioner has filed no objections to the report and recommendation.

    Because there is nothing in the record that reflects that the petitioner has been granted leave by the Eleventh Circuit to file a second or successive habeas corpus petition, this court lacks the authority to consider the petitioner's claim. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus is DISMISSED as an unauthorized successive petition, over which this court lacks jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed for lack of jurisdiction."

DONE AND ORDERED this   14th   day of    December   , 2020.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE